No. 84–6589. BROFFORD *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 84–6660. BECK *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.